**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT LIONEL SANFORD, | No. 10-56160 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-01049-H-PCL |
| v. | |
| LEVIN, Chief Medical Officer (CSP); et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Submitted February 11, 2013[**]

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Former California state prisoner Robert Lionel Sanford appeals pro se from

the district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to serious medical needs. We have jurisdiction under 28

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment to defendants because Sanford failed to raise a genuine dispute of material fact as to whether defendants consciously disregarded Sanford's need for post-operative care, including in addressing a nasal bleed, after he had surgery for chronic sinus problems.  *See id.* at 1057-58 (neither negligence nor difference of opinion between doctor and prisoner concerning the appropriate course of treatment amounts to deliberate indifference to serious medical needs).

**AFFIRMED.**